UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:08-CR-10-TBR

UNITED STATES OF AMERICA                                               PLAINTIFF

v.

JAVIER GASPAR                                                              DEFENDANT

## OPINION AND ORDER

This matter is before the Court upon Defendant Javier Gaspar's Motion to Proceed in Forma Pauperis and Appoint Counsel (Docket #132).  The motion is unopposed.  This matter is now ripe for adjudication.

Plaintiff was permitted to proceed in forma pauperis in the district court.  Pursuant to Federal Rule of Appellate Procedure 24(a)(3), a plaintiff who was determined to be financially unable to obtain an adequate defense in a criminal case may proceed on appeal in forma pauperis without further authorization.

Defendant requests that his appointed CJA attorney, W. Ralph Beck, continue to represent him on appeal.  Mr. Beck represented Defendant in his sentencing before the Court. Pursuant to the Sixth Circuit Rule 101(b), trial counsel will be appointed as appellate counsel without further proof of the defendant's indigency.

The Court being duly and sufficiently advised, IT IS HEREBY ORDERED that Defendant Javier Gaspar's motion is GRANTED.